IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**   \*

\*

vs.

\* CRIMINAL NO.: PJM18-363

**DEVIN HEFLIN ,**   \*
*Defendant*
\*

## MOTION TO REQUEST MODIFICATION OF SENTENCE

COMES NOW, the Defendant, DEVIN HEFLIN, through his attorney Marc G. Hall, Esq., respectfully requests this Honorable modify the sentence in this matter and for reasons states as follows:

1. The court sentenced the defendant on September 12, 2019 as follows: one month to be served over successive weekends to be followed by five months of location monitoring and supervised release.

2. He has been informed by his employer that they would like to assign him weekend hours which he is not currently available for due to the weekends he received in this matter.

3. The defendant is requesting that the court consider reducing the number of weekend and increasing the amount of time on home detention so that he can take advantage oe of this opportunity to increase his income.

4. Considering the amount of restitution and his need to also pay child

support the additional income he could earn on the weekends will increase his ability to meet his other obligations to the court.

WHEREFORE, for these reasons and any others put forth during a hearing on this matter, the Defendant, Mr. Heflin requests that the number of weekends to serve in this case be reduced.

                              Respectfully submitted,

                              Law Offices of Marc G. Hall, P.C.

                              _____/s/_____
                              Marc G. Hall
                              Fed Bar No. 01386
                              7474 Greenway Center Drive
                              Suite 150
                              Greenbelt, MD 20770

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Document was electronically delivered, this 25th day of November 2019 to: The United States Attorney's Office, Greenbelt, Maryland.

                              _____/s/_____
                              Marc G. Hall