**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

**UNITED STATES OF AMERICA, ***

                                      *

vs.

                                  * CRIMINAL NO.: PJM18-363

**DEVIN HEFLIN,**             *
                *Defendant*
                               *

## EMERGENCY MOTION TO REQUEST MODIFICATION OF SENTENCE

COMES NOW, the Defendant, DEVIN HEFLIN, through his attorney Marc G. Hall, Esq., respectfully requests this Honorable modify the sentence in this matter and for reasons states as follows:

1.  The court sentenced the defendant on September 12, 2019 as follows: one month to be served over successive weekends to be followed by five months of location monitoring and supervised release.

2.  The Defendant has completed the period of location monitoring and is successfully participating in his supervised release. He has not however done the weekends in jail do to there having been no available bed space.

3.  He has now ben informed by his probation officer to report to the District of Columbia Jail on Friday, March 20, 2020.

4.  As the court is aware the United States currently has  an outbreak of Coronavirus also known as Covid-19 in the United States and specifically in the

State of Maryland. As a result the U.S. District Court has issued a several standing orders limiting access to the Courthouse and ending jury trials until after April 26, 2020. There have been repeated warnings from the United States Government for people to practice "social distancing" and refrain from contact with one another.

5.  Under these extreme circumstances it would be dangerous for the defendant to have to enter the District of Columbia Jail. Each time he enters and leaves the Jail would be an opportunity for him to catch the virus and spread it to his family and each time would also be opportunity where he could catch the virus on the outside and then spread it to inmates and guards in the D.C. Jail.

6.  WHEREFORE, for these reasons the Defendant, Mr. Heflin requests that the weekends to serve in this case be eliminated and that instead the Court substitute a greater period of home confinement..

Respectfully submitted,

Law Offices of Marc G. Hall, P.C.

_____/s/_____
Marc G. Hall
Fed Bar No. 01386
7474 Greenway Center Drive
Suite 150
Greenbelt, MD 20770

<u>CERTIFICATE OF SERVICE</u>

       I HEREBY CERTIFY that a copy of the foregoing Document was electronically delivered, this 16th day of March 2020 to: The United States Attorney's Office, Greenbelt, Maryland.


                                                         /s/

                                                Marc G. Hall