# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| | * | |
| v. | * | Criminal No. **PJM 18-363** |
| | * | |
| | * | |
| **DEVIN HEFLIN** | * | |
| | * | |
| Defendant | * | |

## ORDER

Having considered Defendant's Emergency Motion to Request Modification of Sentence, ECF No. 79, and the Government's response, ECF No. 80, it is, this 18th day of March, 2020

**ORDERED** that Defendant's Motion to modify the incarceration portion of his sentence to home confinement is **DENIED.** However, Defendant may defer reporting to the District of Columbia Jail until further Order of this Court due to the COVID-19 outbreak.

                                                                                            /s/
                                                          **PETER J. MESSITTE**
                                        **UNITED STATES DISTRICT JUDGE**