IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**   *

                                                *

vs.

                                          * CRIMINAL NO.: PJM18-363

**DEVIN HEFLIN,**   *
               *Defendant*
                                           *

## SECOND EMERGENCY MOTION TO REQUEST MODIFICATION OF SENTENCE

COMES NOW, the Defendant, DEVIN HEFLIN, through his attorney Marc G. Hall, Esq., respectfully requests this Honorable modify the sentence in this matter and for reasons states as follows:

1. The court sentenced the defendant on September 12, 2019 as follows: one month to be served over successive weekends to be followed by five months of location monitoring and supervised release.

2. The Defendant has completed the period of location monitoring and is successfully participating in his supervised release. He has thus far done one the weekends in jail.

3. As the Court is aware the District of Columbia Jail has had to quarantine a number of detainees because a US Marshall tested positive. Although there is no know positive results among the inmates they do live in very tight quarters and as a

jail in a major metropolitan area there are constant traffic between individuals released and persons newly being detained.

4. Under these extreme circumstances it would be dangerous for the defendant to have to enter the District of Columbia Jail. Each time he enters and leaves the Jail would be an opportunity for him to catch the virus and spread it to his family and each time would also be opportunity where he could catch the virus on the outside and then spread it to inmates and guards in the D.C. Jail.

5. WHEREFORE, for these reasons the Defendant, Mr. Heflin requests that the weekends to serve in this case be delayed until this national emergency is over and that he be allowed to serve his weekends at some point in the future.

Respectfully submitted,

Law Offices of Marc G. Hall, P.C.

\_\_\_\_\_/s/\_\_\_\_\_
Marc G. Hall
Fed Bar No. 01386
7474 Greenway Center Drive
Suite 150
Greenbelt, MD 20770

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing Document was electronically delivered, this 25th day of March 2020 to: The United States Attorney's Office, Greenbelt, Maryland.

\_\_\_\_\_/s/\_\_\_\_\_
Marc G. Hall